**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MICHAEL SEKLECKI<br><br>Plaintiff<br><br>v.<br><br>THE METRO REALTY GROUP, LTD.<br><br>Defendant | CIVIL ACTION NO.<br><br><br><br>October 22, 2024 |

**PETITION FOR REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant, The Metro Realty Group, Ltd., by its undersigned counsel, pursuant to 28 U.S.C. Sections 1331, 1332, 1441 and 1446, hereby removes this action from the Superior Court of the Judicial District of Hartford at Hartford in the State of Connecticut, where it is now pending, to the United States District Court of the District of Connecticut. In support of its petition for removal, Defendant states as follows:

1. An action was made returnable on November 12, 2024 to the Superior Court for the Judicial District of Hartford at Hartford, entitled "***MICHAEL SEKLECKI v. THE METRO REALTY GROUP, LTD***.," by service on October 7, 2024, of a Summons and Complaint (of which true and correct copies are attached hereto as Exhibit A) by in-hand delivery, accepted by its Agent for Service, Geoffrey W. Sager, 6 Executive Drive, Suite 100, Farmington, CT 06032. There are no other Defendants in this case and no further proceedings have been held herein.

2. The action pending in the state court is a civil action wherein the Plaintiff asserts allegations of Race and Color discrimination, including termination of his employment, against the Defendant in violation Title VII of the Civil Rights Act of 1964, Sec. 701 *et seq*., as

amended, 42 U.S.C. § 2000e and the Civil Rights Act of 1991 over which this Court has subject-matter jurisdiction because the alleged action raises a Federal question of law. The Plaintiff alleges that Defendant violated his rights under Title VII of the Civil Rights Act of 1964, § 701 *et seq.,* as amended, 42 U.S.C. § 2000e and the Civil Rights Act of 1991.

3. Defendant, The Metro Realty Group, Ltd. first received a copy of a Summons and Complaint made returnable on the 12th day of November 2024 by in-hand delivery, on October 7, 2024, accepted by its Authorized Recipient of Service for: Agent for Service, Geoffrey W. Sager, 6 Executive Drive, Suite 100, Farmington, Connecticut.

4. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a state court of which the district courts of the United States have original jurisdiction."

5. This Petition for Removal is being filed within 30 days after the Defendant first received the Plaintiff's Summons, Complaint, and Statement of Amount in Demand and, therefore, is timely filed under 28 U.S.C. §1446(b).

6. Defendant, The Metro Realty Group, Ltd., will give written notice of the filing of this Petition for Removal and will provide a copy of this Notice of Removal to the Clerk of the Hartford Superior Court, as required by 28 U.S.C. §1446(b).

WHEREFORE, the Defendant respectfully request this action be removed to this Court.

DEFENDANT
THE METRO REALTY GROUP, LTD.

BY______________________________
Patricia Boyce Iassogna (ct11211)
MUSCO & IASSOGNA
555 Long Wharf Drive, 10th Floor
New Haven, Connecticut 06511
Tel: (203) 782-4122
Fax: (203) 782-4128
E-Mail: patricia.iassogna@m-ilaw.com

**CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically on the 22nd day of October, 2024. Notice of this filing will be sent via e-mail to all parties by the operation of the Court's electronic filing system.

\

Patricia Boyce Iassogna