**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.***

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | (860 ) 548 – 2700 | 11/12/24 |

| | At *(City/Town)* | Case type code *(See list on page 2)* |
|---|---|---|
| ☒ Judicial District ☐ Housing Session ☐ G.A. Number: ___ | Hartford | Major: T Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Law Offices of Cicchiello & Cicchiello, LLC, 582 West Main Street, Norwich, CT 06360 | 419515 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| (860 )886 – 9300 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☐ Yes ☒ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*:

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Seklecki, Michael<br>Address: 1 Nashua Street, Apt. 1912, Boston, MA 02114 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: The Metro Realty Group, LTD AFS: Geoffrey W. Sager<br>Address: 6 Executive Drive, Suite 100, Farmington, CT 06032 6 Executive Drive, Suite 100, Farmington, CT 06032 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.

**The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | | Name of person signing |
|---|---|---|---|
| 10-3-24 | [signature] | ☒ Commissioner of Superior Court ☐ Clerk | John C. Garboth, Esq. |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* [signature] | Date 10-3-24 | Docket Number |
|---|---|---|---|

A TRUE COPY ATTEST:
SCOTT M. KRAIMER
STATE MARSHAL - HARTFORD COUNTY

Print Form Reset Form

**Instructions**

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*
2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*
3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*
4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*
5. *Use this summons for the case type codes shown below.*

   *Do not use this summons for the following actions:*

   *(a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)*
   *(b) Any actions or proceedings in which an attachment, garnishment or replevy is sought*
   *(c) Applications for change of name*
   *(d) Probate appeals*
   *(e) Administrative appeals*
   *(f) Proceedings pertaining to arbitration*
   *(g) Summary Process (Eviction) actions*
   *(h) Entry and Detainer proceedings*
   *(i) Housing Code Enforcement actions*

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 50 | Uninsured/Underinsured Motorist Coverage |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 15 | Receivership for Abandoned/Blighted Property |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 |
| | M 90 | All other |

| MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

Print Form



Reset Form

| | | |
|---|---|---|
| RETURN DATE: NOVEMBER 12, 2024 | : | SUPERIOR COURT |
| MICHAEL SEKLECKI | : | JD OF HARTFORD |
| Plaintiff, | : | AT HARTFORD |
| VS. | : | |
| THE METRO REALTY GROUP, Ltd. | : | |
| Defendant. | : | OCTOBER 3, 2024 |

**COUNT ONE: RACE AND COLOR DISCRIMINATION – STATE LAW CLAIM**

1. At all times present here, **Plaintiff Michael Seklecki**, was and is a resident of the City of Hartford, State of Connecticut, County of Hartford

2. At all times present here, **Defendant The Metro Realty Group, Ltd**, is a domestic corporation with business offices located at 6 Executive Drive, Ste 100, Farmington, CT 06032.

3. Plaintiff is a Hispanic male.

4. On or about May 26, 2023, Defendant hired Plaintiff as a maintenance worker to service apartment complexes operated by Defendant in West Hartford and Farmington, CT.

5. During the course of Plaintiff's employment with Respondent, he experienced a racially hostile work environment.

6. A fellow employee named Christopher Colkins, who is Caucasian, would call Plaintiff a "stupid n -----------." He also told Plaintiff to "get off the phone you stupid n------". Plaintiff reported this abuse to his supervisor.

7. Upon information and belief, Mr. Colkins had a reputation for being racist and racially offensive on the job even before Plaintiff started work for Defendant.

8. Upon information and belief, Plaintiff's director supervisor, Jesse Heter, requested from management that Mr. Colkins be removed from the properties because of his racially hostile behavior. This request was refused.

9. Upon information and belief, Mr. Colkins' manager, Mr. Mesko, also referred to him as racist and wanted him gone, but this request was refused. At various times, Mr. Mesko wrote up Mr. Colkins for swearing and using racial slurs.

10. Despite Plaintiff's complaints, he continued to experience racially hostile action from Mr. Colkins.

11. During a corporate event for employees, Mr. Colkins pointed at Plaintiff while speaking to other employees stating, "Oh, I called him a n------------, I can't stand him, he definitely is one."

12. Upon information and belief, Mr. Colkins' behavior was so abusive, hostile, and atrocious that even tenants complained about him to no avail.

13. One day while Plaintiff was doing trash duty, Mr. Colkins kept circling around him in a car in an attempt to intimidate and harass Plaintiff.

14. In and around August 2023, management convened a meeting regarding Plaintiff's complaints about Mr. Colkins. The result of the meeting was that management instructed Plaintiff to continue to talk to Mr. Colkins and to continue to interact and work with him.

15. Additionally, Defendant transferred Mr. Colkins from the painting department to the maintenance department where Plaintiff worked.

16. Plaintiff requested to be transferred from the maintenance department to the painting department, but Defendant did not grant this request.

17. On or about August 24, 2023, Plaintiff again complained to Defendant about Mr. Colkins and the negative conduct and behavior he was experiencing. Plaintiff's manager, Robert Pira, stated to Plaintiff in response that he should be quiet and not talk to anybody.

18. The working conditions became so intolerable that on or about August 25, 2023, Plaintiff submitted his resignation to Defendant because it accepted and tolerated the racially hostile work environment.

19. Defendant discriminated against Plaintiff and terminated Plaintiff's employment because of his race and color in violation of Connecticut General Statutes § 46a-60(b)(1).

20. Plaintiff initiated a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment

Opportunity Commission (EEOC) pursuant to their work-sharing agreement. Plaintiff has exhausted all administrative remedies for his state and federal complaints having received a Release of Jurisdiction from the CHRO on or about August 23, 2024.

21. As a proximate result of Defendant's unlawful discrimination, Plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

22. As a further result of Defendant's unlawful discrimination, Plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay and other benefits made available through his employment.

23. As a further result of Defendant's unlawful discrimination, Plaintiff has suffered, and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment, and low self-esteem.

## COUNT TWO: RACE AND COLOR DISCRIMINATION – FEDERAL LAW CLAIM

1-18. Paragraphs one through eighteen of Count One are incorporated herein and made paragraphs one through eighteen of this Count Two as if fully set forth herein.

19. Defendant discriminated against Plaintiff and terminated Plaintiff's employment because of his race and color in violation of Title VII of the Civil Rights Act of 1964, § 701 *et seq.*, as amended, 42 U.S.C. § 2000e and the Civil Rights Act of 1991.

20. Plaintiff initiated a complaint to the Connecticut Commission on Human Rights and Opportunities (CHRO), which was filed concurrently with the Equal Employment Opportunity Commission (EEOC) pursuant to their work-sharing agreement. Plaintiff has exhausted all administrative remedies for his state and federal complaints having received a Release of Jurisdiction from the CHRO on or about August 23, 2024.

21. As a proximate result of Defendant's unlawful discrimination, Plaintiff has been and will be deprived in the future of substantial employment wages and earnings.

22. As a further result of Defendant's unlawful discrimination, Plaintiff has been and will be deprived in the future of health and medical insurance benefits, retirement and pension benefits, vacation pay, sick pay, and other benefits made available through his employment.

23. As a further result of Defendant's unlawful discrimination, Plaintiff has suffered, and will continue to suffer in the future, emotional and psychological pain and suffering, mental anguish, humiliation, embarrassment, and low self-esteem.

**WHEREFORE**, the Plaintiff claims:

1. Money damages, including back pay and front pay;

2. Attorney's fees and costs;

3. Such other remedies as available under law and/or equity and as the Court deems appropriate;

4. A trial by jury.

THE PLAINTIFF, MICHAEL SEKLECKI

BY: *__/s/John C. Gerboth__*
John C Gerboth, Esq.
Lorenzo J. Cicchiello, Esq.
Law Offices of Cicchiello & Cicchiello, LLC
582 West Main Street
Norwich, CT 06360
860.886.9300 phone
860.886.5963 fax
Firm Juris # 419515

| | | |
|---|---|---|
| RETURN DATE: NOVEMBER 12, 2024 | : | SUPERIOR COURT |
| MICHAEL SEKLECKI | : | JD OF HARTFORD |
| Plaintiff, | : | AT HARTFORD |
| VS. | : | |
| THE METRO REALTY GROUP, Ltd. | : | |
| Defendant. | : | OCTOBER 3, 2024 |

**STATEMENT OF AMOUNT OF DEMAND**

The amount of demand for the above matter is greater than FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of costs and interest.

THE PLAINTIFF
MICHAEL SEKLECKI

BY *__/s/John C. Gerboth__*

John C. Gerboth, Esq.
Lorenzo J. Cicchiello, Esq.
His Attorneys
Firm Juris # 419515
Cicchiello & Cicchiello, LLC
582 West Main Street
Norwich, CT 06360
860.886.9300